JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK HESTRIN, et al., | Case No. CV 16-1974-GW(GJSx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| CITIMORTGAGE, INC., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: July 12, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE